830

No. 632, Misc. DUKES, ALIAS WELCH, v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Charles A. Bellows* for petitioner.

No. 670, Misc. CASE v. NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. Petitioner *pro se. T. W. Bruton,* Attorney General of North Carolina, and *H. Horton Rountree,* Assistant Attorney General, for respondent.

No. 679, Misc. MATSON v. NEW YORK. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 745, Misc. BERNARD v. TINSLEY, WARDEN, ET AL. Supreme Court of Colorado. Certiorari denied. Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *J. F. Brauer,* Assistant Attorney General, for respondents.

No. 756, Misc. WILLIAMS v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 654, Misc. EARLY v. TINSLEY, WARDEN. C. A. 10th Cir. Certiorari denied. THE CHIEF JUSTICE is of the opinion that certiorari should be granted. Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *J. F. Brauer,* Assistant Attorney General, for respondent.